JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO ISAIAS DAVALOS PEREZ, | Case No. CV 20-4778 SVW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order of Dismissal,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:    December 3, 2020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE